# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| **Albert C. Burgess, Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00135 |
| | ) | 1:09-cr-17 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2015 Order.

July 20, 2015

Frank G. Johns, Clerk
United States District Court