UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-135-FDW
(1:09-cr-17-GCM-DLH-1)

| | |
|---|---|
| ALBERT C. BURGESS, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the Court on Petitioner's Motion for Reconsideration, (Doc. No. 5), of the Court's prior Order dismissing without prejudice Petitioner's "Petition for Writ of Habeas Corpus Ad Subjiciendum," pursuant to 28 U.S.C. § 1651, in which Petitioner sought an order from this Court appointing counsel to assist Petitioner in recovering audio files that Petitioner contends were created in his underlying criminal proceedings in this Court.

Petitioner's Motion for Reconsideration is denied, as his arguments on the motion are without merit.

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration, (Doc. No. 5), is **DENIED**.

Signed: July 28, 2015

Frank D. Whitney
Chief United States District Judge

1